IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02994-REB-CBS

BRUCE JEFFREY TEMPLE,

    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court on the parties' Stipulated Motion for Protective Order Regarding Attorneys' Fees Information (*doc # 14*) filed May 18, 2011.  IT IS HEREBY ORDERED that the instant motion is GRANTED.  The Stipulated Motion for Protective Order Regarding Attorneys' Fees Information (*doc # 14*) is accepted by the court.

    The parties are reminded that they will be required to comply fully with all provisions of D.C. COLO.L.CIVR 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**    May 25, 2011