**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 10-cv-02994-REB-CBS

BRUCE JEFFREY TEMPLE,

    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,

    Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

    The matter is before me on the **Rule 41(a)(1)(A)(ii) Stipulation of Dismissal Signed By All Parties** [#21][1] filed July 8, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that plaintiff's claim for breach of the duty to indemnify, as averred in paragraphs 39-41 of the Third Claim for Relief and paragraph 49 of the Fourth Claim for Relief to the **Complaint For Declaratory Judgment And Damages** [#2] should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Rule 41(a)(1)(A)(ii) Stipulation of Dismissal Signed By All Parties** [#21] filed July 8, 2011, is **APPROVED**; and

    2.  That plaintiff's claim for breach of the duty to indemnify, as averred in paragraphs 39-41 of the Third Claim for Relief and paragraph 49 of the Fourth Claim for Relief to the **Complaint For Declaratory Judgment And Damages** [#2]  are **DISMISSED**.

    Dated July 8, 2011, at Denver, Colorado.

                                                                     **BY THE COURT:**

                                                                     Robert E. Blackburn
                                                                     United States District Judge

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.