IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 10-cv-02994-REB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: January 13, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

BRUCE JEFFREY TEMPLE, Timothy Mark Rastello
 Steven T. Collis
 Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY, Troy R. Olsen

 Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: FINAL PRETRIAL CONFERENCE**
**Court in Session: 8:31 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding Motion to Exclude /Preclude or Reopen Testimony (Docket No. 54, filed on 12/8/2012). Mr. Olsen makes an oral motion to have this motion withdrawn.

Discussion regarding Judge Blackburn's practice standards, depositions, witnesses, serving subpoenas, possible settlement, designation of experts, exhibits, and plaintiff's claims.

Counsel reviews the proposed final pretrial order with the court. Parties agree that they would like to have more time to amend the Proposed Final Pretrial Order.

**ORDERED:** The court **GRANTS** Mr. Olsen's oral motion. The Motion to Exclude /Preclude or Reopen Testimony (Docket No. 54, filed on 12/8/2012) is **WITHDRAWN**. The parties shall submit an amended Proposed Final Pretrial Order **no later than January 18, 2012 by 5:00 p.m**.

HEARING CONCLUDED. **Court in recess: 9:15 a.m.** Total time in court: 00:44
To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.