# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 10-cv-02994-REB-CBS

BRUCE JEFFREY TEMPLE,

    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,

    Defendant.

## ORDER GRANTING MOTION TO STAY

**Blackburn, J.**

This matter is before me on the plaintiff's **Unopposed Motion for Stay of Action and To Vacate Trial Date Pending Conclusion of Parties' Agreement for Binding Determination by Judicial Arbiter Group** [#76][1] filed January 27, 2012.  The motion is unopposed and is granted.

The parties have reached a settlement agreement.  The agreement requires that they submit this dispute to the Judicial Arbiter Group (JAG) for a final and binding determination.  The settlement agreement requires the parties to file a stipulation of dismissal in this case after the JAG determination is complete.  In view of this agreement, the parties ask the court to vacate the trial preparation conference and the trial currently set in this case.  The court approves this agreement.

---

[1] "[#76]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' agreement to submit this dispute to the Judicial Arbiter Group for a final and binding determination is **APPROVED**;

2. That the Trial Preparation Conference currently set for February 10, 2012, at 2:30 p.m. is **VACATED**;

3. That the trial currently set to begin on February 27, 2012, is **VACATED**;

4. That the following motions are **DENIED** as moot, subject to renewal on a showing of good cause (a) the plaintiff's motion for partial summary judgment [#36] filed October 5, 2011; (b) the defendant's motion for summary judgment [#37] filed October 14, 2011; and (c) the plaintiff's unopposed motion for hearing [#59] filed December 16, 2011; and

5. That pending completion of the determination by the Judicial Arbiter Group, this case is **STAYED**.

Dated February 9, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge