**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02994-REB-CBS

BRUCE JEFFREY TEMPLE,

    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal With Prejudice** [#79][1] filed May 31, 2012. After reviewing the stipulation and the file, I conclude that the stipulation should be approved, that the stay in this case should be lifted, and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#79] filed May 31, 2012, is **APPROVED**;

2. That the stay imposed in the **Order Granting Motion To Stay** [#78] entered February 9, 2012, is **LIFTED**; and

3. That pursuant to the stipulation of the parties, this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 31, 2012, at Denver, Colorado.

                              BY THE COURT:

                              /s/ Robert E. Blackburn
                              Robert E. Blackburn
                              United States District Judge

---

[1] "[#79]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.